# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of January, two thousand twenty-five.

Before:     Sarah A. L. Merriam,
                *Circuit Judge.*

_____

| | |
|---|---|
| Capitol Records, LLC, et al., | **ORDER** |
|     Plaintiffs - Appellants, | Docket Nos. 21-2949(L), 21-2974(Con) |
| v. | |
| Vimeo, Inc., a Delaware Limited Liability company, AKA Vimeo.com, Connected Ventures, LLC, a Delaware Limited Liability company, | |
|     Defendants – Appellees. | |

_____

    Appellants move for a 30-day extension of time to February 26, 2025 to file a petition for rehearing or rehearing en banc.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

